UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHISH, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES,<br><br>     Defendants. | CASE NO. 2:23-cv-00547-JHC<br><br>TEMPORARY RESTRAINING ORDER; SEIZURE ORDER; AND ORDER TO SHOW CAUSE; ORDER TO ISSUE JOHN AND JANE DOE SUMMONSES |

  Plaintiff, Phish Inc. ("Plaintiff"), having applied *ex parte* against unknown individuals and entities (collectively, "Defendants") for a temporary restraining order, order permitting civil seizure, order to show cause for preliminary injunction, and order sealing file pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. §1051, et seq.), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), for the reason that Defendants are and will be manufacturing, distributing, offering for sale and selling goods bearing counterfeit reproductions of trademarks owned and controlled by Plaintiff ("Counterfeit Merchandise"), and the Court having reviewed the complaint, the memorandum of law, the declarations of Kevin Shapiro, Jeffrey L. Laytin, and Andrew R. Escobar, and the exhibits thereto, the Court finds:

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 1

1) Defendants' manufacture, import, distribution, offer for sale and/or sale of Counterfeit Merchandise has caused, and if not stopped will continue to cause, immediate and irreparable injury to Plaintiff;

2) Plaintiff is likely to succeed in showing Defendants have used and are continuing to use counterfeit and/or unauthorized and infringing copies of Plaintiff's federally registered trademarks and unregistered trademarks, names and likenesses set forth below in connection with the manufacture, import, distribution, offer for sale and/or sale of Counterfeit Merchandise;

3) Plaintiff has also shown sufficiently serious questions going to the merits of its claims to make them a fair ground for litigation, and that the harm to Plaintiff from denial of the requested *ex parte* order would outweigh the harm to Defendants' legitimate interests in the event such an order were granted, and that a preliminary injunction would serve the public interest;

4) Defendants, or other persons acting in concert with Defendants, would likely destroy, move, hide or otherwise make inaccessible to the Court Defendants' Counterfeit Merchandise, any business records related thereto, and the profits derived therefrom, absent an *ex parte* order, thereby denying Plaintiff access to relevant evidence and frustrating the ultimate relief Plaintiff seeks in this action;

5) Plaintiff has represented it has not publicized the requested seizure order and has requested that the case be filed under seal;

6) Plaintiff has provided the United States Attorney with reasonable notice of this application for an *ex parte* seizure order;

7) Plaintiff has demonstrated the location(s) at which Defendants are or will be distributing, offering for sale and/or selling Counterfeit Merchandise; and

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 2

8) Entry of an order other than an *ex parte* seizure order would not adequately achieve the purposes of the Lanham Act to preserve Plaintiff's remedies for trademark counterfeiting, including, inter alia, the removal of Counterfeit Merchandise from the marketplace and destruction of same, and an award to Plaintiff of lost profits or damages.

Therefore, IT IS HEREBY ORDERED that Defendants, various John Does, Jane Does and ABC Companies, their true identities being unknown, show cause before the Honorable Judge **John H. Chun**, United States District Court Judge, in Courtroom **14A** of the United States District Court for the Western District of Washington, located at 700 Stewart Street, Seattle, WA 98101 at **11:00 a.m.** on **April 25 2023,** or as soon thereafter as counsel can be heard, why an order pursuant to Fed. R. Civ. P. 65 should not be entered granting to Plaintiff, Phish, Inc., a preliminary injunction enjoining the Defendants from manufacturing, distributing, offering or holding for sale, or selling the Counterfeit Merchandise, consisting of any clothing, jewelry, photographs, posters, recordings and other merchandise bearing the trademarks, service marks, likenesses, images, trade names or logos, or any colorable imitations thereof of the musical group known as PHISH and each of its individual members TREY ANASTASIO, MIKE GORDON, JON FISHMAN, and PAGE MCCONNELL and their federally registered marks: PHISH FOOD, U.S. Registration Number 2173816; PHISH, U.S. Reg. No. 2096010; PHISH, U.S. Reg. No. 2029049; PHISH, U.S. Reg. No. 2029048; PHISH, U.S. Reg. No. 1917861; PHISH, U.S. Reg. No. 1782981; and PHISH and Design, U.S. Reg. No. 1930480; OYSTERHEAD, U.S. Reg. No. 2662635; GAMEHENDGE, U.S. Reg. No. 2048310; GAMEHENDGE, U.S. Reg. No. 2053513 and WATERWHEEL, U.S. Reg. No. 2247438; and their unregistered mark VIDA BLUE (collectively, the "Plaintiff's Marks").

AND IT APPEARING TO THE COURT that Defendants are about to sell and distribute the Counterfeit Merchandise bearing the Plaintiff's Marks during the upcoming 2023 Phish

concert tour, including the concerts to be held April 14 and 15, 2023 at Climate Pledge Arena, Seattle, WA (the "2023 Tour"), and will carry out such acts during the entirety of the 2023 Tour set forth below, unless restrained by order of the Court,

IT IS FURTHER ORDERED that pending hearing and determination of this application, the Defendants, their agents, servants, employees, attorneys, successors and assigns and all persons, firms and corporations acting in concert with them, and each of them be and hereby are temporarily restrained from manufacturing, distributing, offering or holding for sale, advertising and/or selling Counterfeit Merchandise bearing any of the Plaintiff's Marks;

AND IT IS FURTHER ORDERED that the United States Marshal or other federal, state or local law enforcement officers, or off-duty officers located within each district in which Plaintiff enforces this order, assisted by one or more attorneys or agents of Plaintiff, are hereby authorized to seize and impound any and all Counterfeit Merchandise which Defendants sell, offer for sale or are holding for sale, including from any bag, carton, container, vehicle, or other means of carriage in which the Counterfeit Merchandise is found from ten (10) hours before to six (6) hours after any performance by Phish within a twenty (20) mile vicinity of the venues at which Phish shall be performing, including, but not limited to, the following current venues and dates of the 2023 Tour:

| DATE | VENUE |
|---|---|
| April 14-15, 2023 | Climate Pledge Arena, Seattle, WA |
| April 17-19, 2023 | Greek Theatre, Berkeley, CA |
| April 21-23, 2023 | Hollywood Bowl, Los Angeles, CA |
| July 11-12, 2023 | Orien Amphitheater, Huntsville, AL |
| July 15-16, 2023 | Ameris Bank Amphitheater, Alpharetta, GA |
| July 18-19, 2023 | Live Oak Bank Pavilion at Riverfront Park, Wilmington, NC |
| July 21-22, 2023 | The Pavilion at Star Lake, Burgettstown, PA |
| July 23, 2023 | St. Joseph's Health Amphitheater at Lakeview, Syracuse, NY |
| July 25-26, 2023 | TD Pavilion at the Mann, Philadelphia, PA |
| July 28-August 5, 2023 | Madison Square Garden, New York, NY |

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 4

| August 31-September 3, 2023 | Dick's Sporting Goods Park, Commerce City, CO |
|---|---|

AND IT IS FURTHER ORDERED that this order be and is hereby conditioned upon Plaintiff's filing with the Clerk of this Court an undertaking in the form of a bond or certified check or attorney's check in the amount of **$10,000.00 n**o later than **5 p.m.** on **April 11, 2023**, to secure payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereby;

AND IT IS FURTHER ORDERED that the temporary restraining order and seizure order shall remain in effect until the date for hearing on the order to show cause set forth above, or such further dates as set by the Court, at which time the Court shall also hold the confirmation hearing pursuant to 15 U.S.C. §1116(d)(10)(A), unless Defendants stipulate, or have not objected to the confirmation of the seizure and entry of the proposed preliminary injunction;

AND IT IS FURTHER ORDERED that service of a copy of this order to show cause together with the summons and complaint in this action be made upon the Defendants by the United States Marshal, other federal, state or local law enforcement officers or by any person over the age of eighteen (18) years not a party to this action selected for that purpose by the Plaintiff, at the time the seizure provided herein is effected and that such service shall be deemed good and sufficient, provided that a complete set of all moving papers submitted in support of this order shall be promptly provided to any defendant or counsel requesting same;

AND IT IS FURTHER ORDERED that the process server shall offer a receipt to each person from whom Counterfeit Merchandise is seized and that the Plaintiff shall be deemed substitute custodian for all Counterfeit Merchandise seized, which shall be maintained in a secure location pending further order of this Court;

AND IT IS FURTHER ORDERED that Defendants' responsive papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies to Plaintiff's counsel at the address set forth below, on or before **Tuesday, April 18, 2023**.  Any reply shall be filed and served by Plaintiff on or before **Monday, April 24, 2023**;

AND IT IS FURTHER ORDERED that any defendant who is hereafter served with a copy of this order who objects to the provisions hereof may submit his or her objections to this Court or otherwise move for relief from this Court as provided herein or otherwise according to the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this Order or stay the terms herein unless otherwise so ordered by this Court.

AND IT IS FINALLY ORDERED that the Clerk of the Court is instructed to issue John Doe and Jane Doe summonses.

Dated this 10th day of April, 2023.

*John H. Chun*

John H. Chun
United States District Judge