UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHISH, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES,<br><br>　　　　　　　　Defendants. | CASE NO. 2:23-cv-00547-JHC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

　　(1) The Court DIRECTS Plaintiff to file a motion in compliance with LCR 67(b) to receive disbursement of registry funds in this case. The Court STRIKES the motion at Dkt. # 25.

　　(2) Plaintiff's motion must "specify the principal sum initially deposited, the amount(s) of principal funds to be disbursed and to whom the disbursement is to be made." LCR 67(b). The proposed order must contain the following language: "the clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $ [___] plus all accrued interest, payable to

MINUTE ORDER - 1

(name of payee) and mail or deliver the check(s) to (name of payee)." *Id*. The motion may be noted for the day it is filed.

(3) The plaintiff must email to the Clerk's Office Finance Department at seafin@wawd.uscourts.gov the following information:

    a. Mailing address(s) where the disbursement check(s) shall be sent;

    b. A completed AO 213 form if the Plaintiff wishes to receive disbursement through Electronic Funds Transfer; and

    c. A completed IRS W-9 form from each disbursement recipient.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 16th day of February 2024.

                                                Ravi Subramanian
                                                Clerk

                                                */s/Ashleigh Drecktrah*
                                                Deputy Clerk

MINUTE ORDER - 2