The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHISH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES,<br><br>Defendants. | Case No. 2:23-cv-00547-JHC<br><br>**MOTION TO DISBURSE REGISTRY FUNDS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 27, 2024** |

Plaintiff Phish, Inc., pursuant to LCR 67 (b) and the Court's Minute Order dated February 16, 2024, respectfully moves this Court to order disbursement of registry funds previously deposited in this case to secure the temporary restraining order, preliminary injunction and seizure orders entered in this case ("Orders").

In support of its motion Plaintiff states as follows:

1. Plaintiff has previously obtained Orders against unknown individuals and entities (collectively, "Defendants"), which, among other things, permitted the seizure of goods bearing counterfeit reproductions of trademarks owned and controlled by Plaintiff ("Counterfeit Merchandise") with respect to Plaintiff's 2023 Tour; and

2. Pursuant to Court order in this action, Seyfarth Shaw LLP on behalf of Plaintiff has deposited the principal sum of $10,000 to secure the Orders; and

3. No Defendant has challenged the Orders or the enforcement of the Orders; and

MOTION TO DISBURSE REGISTRY FUNDS - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910

4. Plaintiff is concurrently filing a Motion to Dismiss Case and Release Seized Merchandise which will conclude the case.

5. As directed by the Court in its February 16, 2024 Minute Order, Plaintiff has concurrently emailed the Clerk's Office Finance Department to provide it with (a) the mailing address where the disbursement check should be sent if this motion is granted and (b) a completed IRS W-9 form for the disbursement's recipient.

Therefore, Plaintiff requests entry of an order pursuant to LCR 67(b) authorizing and directing the clerk to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $10,000 plus all accrued interest, payable to Seyfarth Shaw LLP, counsel for Plaintiff.

I certify that this memorandum contains 259 words, in compliance with the Local Civil Rules.

Respectfully submitted this 27th day of February, 2024.

SEYFARTH SHAW LLP

*s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Telephone: (206) 946-4910
Email: aescobar@seyfarth.com

*Attorneys for Plaintiff Phish, Inc.*

MOTION TO DISBURSE REGISTRY FUNDS - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910