# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHISH, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES,<br><br>  Defendants. | Case No. 2:23-cv-00547-JHC<br><br>ORDER TO DISBURSE REGISTRY FUNDS |

The Court, having reviewed the Motion to Disburse Registry Funds, Dkt. # 28, filed by Plaintiff Phish Inc. ("Plaintiff") and based on the following facts:

1. Plaintiff has previously obtained orders ("Orders") against unknown individuals and entities (collectively, "Defendants"), which, among other things, permitted the seizure of goods bearing counterfeit reproductions of trademarks owned and controlled by Plaintiff ("Counterfeit Merchandise") with respect to Plaintiff's 2023 Tour;

2. Plaintiff's counsel of record, Seyfarth Shaw LLP, deposited on behalf of Plaintiff the principal sum of $10,000 to secure the Orders;

3. This $10,000 in funds still remains in the Court's registry;

4. No Defendant has answered, appeared, or otherwise challenged the Orders; and

5. Plaintiff has moved to dismiss the case without prejudice;

ORDER TO DISBURSE REGISTRY FUNDS - 1

HEREBY GRANTS Plaintiff's Motion to Disburse Registry Funds and ORDERS that the clerk is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $10,000 plus all accrued interest, payable to Seyfarth Shaw LLP and mail or deliver the check to Seyfarth Shaw LLP using the mailing address that Plaintiff provided to the Clerk's Office of Finance Department in connection with its Motion to Disburse Registry Funds.

IT IS SO ORDERED.

Dated this 27th day of February, 2024.

John H. Chun
United States District Judge

Presented By:

SEYFARTH SHAW LLP

By  */s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Telephone: (206) 946-4910
Email: aescobar@seyfarth.com

*Attorneys for Plaintiff Phish, Inc.*

ORDER TO DISBURSE REGISTRY FUNDS - 2